IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 13-978-RGA <br> ) C.A. No. 13-1272-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF FIRM AFFILIATION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT, effective immediately, the following counsel for Defendant Watson Laboratories, Inc. have joined the firm of McKenna Long & Aldridge. Their new firm affiliation and email addresses are as follows:

Steven A. Maddox
Jeremy J. Edwards
MCKENNA LONG & ALDRIDGE
1900 K Street NW
Washington, DC 20006
Tel: (202) 496-7500
smaddox@mckennalong.com
jedwards@mckennalong.com

PLEASE ALSO TAKE NOTICE that Jonathan E. Bachand, Andrea L. Cheek and Christie R.W. Matthaei of Knobbe, Martens, Olson & Bear, LLP hereby withdraw as counsel for Defendant/Counterclaimant Watson Laboratories, Inc. ("Watson"). The Defendant will continue to be represented by their remaining counsel of record Steven A. Maddox and Jeremy J. Edwards of McKenna Long & Aldridge and Potter Anderson & Corroon LLP.

-2-

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
|  | Richard L. Horwitz (#2246) |
| Steven A. Maddox | David E. Moore (#3983) |
| Jeremy J. Edwards | Bindu A. Palapura (#5370) |
| MCKENNA LONG & ALDRIDGE | Hercules Plaza, 6th Floor |
| 1900 K Street NW | 1313 N. Market Street |
| Washington, DC 20006 | Wilmington, DE  19801 |
| Tel:  (202) 496-7500 | Tel:  (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| Dated:   January 22, 2015 | dmoore@potteranderson.com |
| 1178608 / 40541 | bpalapura@potteraderson.com |

*Attorneys for Defendant*
*Watson Laboratories, Inc.*