AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

MERCK & CIE, ET AL

V.

WATSON LABORATORIES, INC.

**EXHIBIT AND WITNESS LIST**

Case Number: C.A. 13-978 RGA/13-1272 RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | Jack Blumenfeld, Esq. | Richard Horwitz, David Moore, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/18/2015 - 5/21/2015 | Valerie Gunning | K. Ringgold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5/18/2015 |  |  | Dr. Roland Martin (Video Deposition) |
|  | 2 | 5/18/2015 |  |  | Dr. Luke Bucci (Video Deposition) |
|  | 3 | 5/18/2015 |  |  | Dr. Robin Rogers - Expert Witness |
|  | 4 | 5/19/2015 |  |  | Dr. Jeremiah A. Marsden - Expert Witness |
|  | 5 | 5/19/2015 |  |  | Dr. Thomas Egger (Video Deposition) |
| 1 |  | 5/19/2015 |  |  | Dr. Allen Myerson |
| 2 |  | 5/20/2015 |  |  | Dr. Herwig Buchholz |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages